**FOURTH DIVISION**
**RICKMAN, C. J.,**
**DILLARD, P. J., and MERCIER, J.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**March 2, 2023**

# In the Court of Appeals of Georgia

A21A1118. BENTON v. THE STATE.

DILLARD, Presiding Judge.

In *Benton v. State* (*Benton II*),[1] the Supreme Court of Georgia reversed this Court's opinion in *Benton v. State* (*Benton I*),[2] in part, and vacated Turner Benton's sentence for aggravated assault because he was ineligible to be sentenced as a recidivist under OCGA § 17-10-7 (c). Accordingly, we vacate our prior opinion as to Benton's sentencing, adopt the opinion of the Supreme Court, and remand this case to the trial court for resentencing in a manner consistent with that opinion.[3]

*Judgment vacated in part and case remanded for resentencing. Rickman, C. J., and Mercier, J. concur.*

---

[1] 314 Ga. 498 (877 SE2d 603) (2022).

[2] 361 Ga. App. 19 (861 SE2d 672) (2021).

[3] The Supreme Court of Georgia granted certiorari in this case only as to Benton's challenge to the validity of his sentence, and the rest of our judgment in *Benton I* remains intact.